**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LILLIG,<br><br>                                    Plaintiff,<br>v.<br>BROOKS AUTOMATION, INC.,<br><br>                                    Defendant. | Case No.: 15CV2414<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Doc. No. 6] |

On November 2, 2015, Defendant Brooks Automation, Inc. filed a motion to dismiss Plaintiff John Lillig's complaint. [Doc. No. 6.] On November 10, 2015, Plaintiff filed his First Amended Complaint.[1] [Doc. No. 7.] Accordingly, the complaint which Defendant seeks to dismiss is no longer the operative pleading in this action, as an amended complaint supersedes the original complaint. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

//
//
//
//

---

[1] Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), "[a] party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b) . . . ." Fed. R. Civ. P. 15(a)(1)(B).

Thus, the Court **DENIES AS MOOT** Defendant's motion to dismiss Plaintiff's complaint.  [Doc. No. 6.]

**IT IS SO ORDERED.**

Dated:  November 12, 2015

Hon. Michael M. Anello
United States District Judge